## Joseph Soukup, Executor, Appellant, v. Modern Woodmen of America, Appellee.

### Gen. No. 23,599.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN K. PRINDIVILLE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed April 24, 1918.

### Statement of the Case.

Action by Frank Soukup, plaintiff, against Modern Woodmen of America, a corporation, defendant, to recover on a benefit certificate. After the suit was instituted, the plaintiff died and his executor, Joseph Soukup, was substituted as plaintiff. From a judgment for defendant, plaintiff appeals.

Q. J. CHOTT and ANTON ZEMAN, for appellant.

TRUMAN PLANTZ, GEORGE G. PERRIN and GEORGE V. McINTYRE, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

INSURANCE, § 906*—*when waiver of provision as to automatic suspension for failure timely to pay monthly assessments is not shown.* Where the by-laws of a benefit association provide for the payment of an assessment each month and that any member failing to pay on or before the last of the month shall be *ipso facto* suspended and his certificate become null and void, and that a member may be reinstated by paying all dues and assessments within 60 days from the date of suspension, provided he is then in good health, evidence that for two or more years a member had, substantially, paid his assessments quarterly, but before the expiration of

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

the 60-day period, and that he was reported suspended each time he failed to pay during the month, is not sufficient to show a waiver of the provision as to him so as to permit a recovery on his certificate, where it appeared that the last assessment before his death was not paid until 15 days after it was due, that he was suspended and that he was not in good health when it was paid.